IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADAM DANIEL BATZ,

    Plaintiff,

v.

LT. PIERCE, LT. IMMEL, SGT. ZIESC,
SGT. SHROEDER, SGT. MATZ, SGT. SIMPSON,
SGT. LURQUIN, ST. GREIBER, SGT. B. BAILY
and SGT. SKREPENSKI,

    Defendants.

ORDER

Case No. 18-cv-572-wmc

Plaintiff Adam Daniel Batz, an inmate in the custody of the Dane County Jail, has submitted a proposed civil action under 42 U.S.C. § 1983 and requests leave to proceed without prepayment of the filing fee in this case. Though plaintiff did not include an inmate account statement in this action, on June 28, 2018, plaintiff submitted an inmate account statement (dkt. 5) in support of his motion for leave to proceed without prepayment of the filing fee in case no. 18-cv-452-wmc. Therefore, I will adopt the inmate account statement filed in case no. 18-cv-452-wmc. After considering the inmate account statement plaintiff submitted in case no. 18-c-v-452-wmc, I conclude that plaintiff qualifies for indigent status.

Even when a prisoner litigant qualifies for indigent status, the litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I conclude plaintiff's initial partial filing fee to be $5.36. For this case to proceed, plaintiff must submit this amount on or before August 16, 2018.

ORDER

IT IS ORDERED that,

1. Plaintiff Adam Daniel Batz is assessed $5.36 as an initial partial payment of the $350.00 fee for filing this case. Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $5.36 on or before August 16, 2018 or advise the court in writing why plaintiff is not able to submit the assessed amount on or before August 16, 2018. If plaintiff does not have enough money to make the initial partial payment from plaintiff's regular account, plaintiff should arrange with authorities to pay the remainder from plaintiff's release account.

2. If, by August 16, 2018, plaintiff fails to make the initial partial payment or show cause for his failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff's filing his case at a later date.

3. No further action will be taken in this case until the clerk's office receives plaintiff's initial partial filing fee as directed above and the court has screened the complaint as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 24th day of July, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge